ASSOCIATED PRESS v. WALKER.

No. 306.   Decided October 16, 1967.

*William P. Rogers, Leo P. Larkin, Jr., Stanley Go-dofsky, Arthur Moynihan, Earl T. Thomas, John T. Guyton* and *Billy R. Pesnell* for petitioner.

*W. Scott Wilkinson* and *Clyde J. Watts* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted.   The judgment is reversed and the case is remanded for further proceedings not inconsistent with *Curtis Publishing Co.* v. *Butts,* 388 U. S. 130.

MR. JUSTICE BLACK, with whom MR. JUSTICE DOUGLAS joins, concurs in the result for the reasons stated in MR. JUSTICE BLACK's separate opinion in *Curtis Publishing Co.* v. *Butts,* 388 U. S. 130, 170.